UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH ANTWAN ARTIS.,

       Plaintiff,                        No. 22-10537

v.                                       Honorable Nancy G. Edmunds
                                           Magistrate Judge Anthony P. Patti

JOSHUA DELPAZ, ARNIE HOBBS,
and SHAWN WARREN, *et al.*,

       Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [39]**

This matter is before the Court on the Magistrate Judge's April 12, 2023 report and recommendation. (ECF No. 39.) The Magistrate Judge recommends that the Court grant Defendants' Motion for Summary Judgment on the Basis of Exhaustion. (ECF No. 33) Neither party filed objections and the time for doing so has expired. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). Nevertheless, the Court reviewed the motion pleadings and finds it agrees with the Magistrate Judge's recommendation. The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (ECF No. 39) and GRANTS Defendants' Motion For Summary Judgment.

       SO ORDERED.

Dated: May 8, 2023                            s/Nancy G. Edmunds
                                                      Nancy G. Edmunds
                                                        United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 8, 2023, by electronic and/or ordinary mail.

<u>s/Lisa Bartlett</u>
Case Manager
