UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH ANTWAN ARTIS.,

    Plaintiff,

v.

JOSHUA DELPAZ, ARNIE HOBBS,
and SHAWN WARREN, *et al.*,

    Defendants.
_____/

No. 22-10537

Honorable Nancy G. Edmunds
Magistrate Judge Anthony P. Patti

## JUDGMENT

In accordance with the Court's order granting Defendants' motion for summary judgment entered this date,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby **GRANTED** in favor of Defendants and this case is **DISMISSED**.

**SO ORDERED**.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: May 8, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 8, 2023, by electronic and/or ordinary mail.

                s/Lisa Bartlett
                Case Manager